[Sac. No. 3868. In Bank.—February 28, 1927.]

J. W. BROWNING et al., Appellants, v. RECLAMATION DISTRICT No. 108, Respondent.

[1] RECLAMATION DISTRICTS—RECLAMATION AND IRRIGATION—VALIDITY OF ASSESSMENT.—The judgment in this case is affirmed upon the authority of *Hershey et al.* v. *Reclamation District No. 108 et al., ante,* p. 550.

APPEAL from a judgment of the Superior Court of Colusa County. George H. Thompson, Judge Presiding. Affirmed.

The facts are stated in the opinion of the court.

Seth Millington for Appellant.

Thos. Rutledge and Devlin & Devlin for Respondent.

THE COURT—[1] Upon the grounds stated, and for the reasons set forth in *Hershey et al.* v. *Reclamation District No. 108 et al., ante,* p. 550 [254 Pac. 542], and in *Browning* v. *Reclamation District No. 108, ante,* p. 799 [254 Pac. 551], the judgment appealed from is affirmed.